**EL PASO ENERGY CORPORATION and El Paso Natural Gas Company, Appellants,**

**v.**

**Diane HEADY and Richard Heady, Co-Personal Representatives of the Estates of Royle Heady, Kelsey Lynn Heady and Tamber Marie Heady, Appellees.**

**El Paso Energy Corporation and El Paso Natural Gas Company, Relators.**

**Nos. 01–03–01128–CV, 01–03–01282–CV.**

Court of Appeals of Texas, Houston (1st Dist.).

Aug. 5, 2004.

Murray Fogler, McDade, Fogler, Maines, L.L.P., Reagan W. Simpson, King & Spalding LLP, Houston, for appellants.

Ronald D. Krist, Krist Law Firm, P.C., Houston, for appellees.

Panel consists of Chief Justice RADACK and Justices ALCALA and BLAND.

## OPINION DISMISSING APPEAL AND MANDAMUS

PER CURIAM.

The parties filed unopposed motions to dismiss the interlocutory appeal in cause number 01–03–01128–CV and the petition for writ of mandamus in cause number 01–03–01282–CV. These cases are reinstated and the motions are granted. We dismiss the appeal and petition for writ of mandamus.

It is so **ORDERED**.